DEITSCH, APPELLANT, *v.* DEITSCH, APPELLEE.

(No. 4300—Decided September 28, 1949.)

*Messrs. Herbert & Dombey,* for appellant.
*Messrs. Crabbe, Garek & Sillman,* for appellee.

WISEMAN, J.  This is an appeal on questions of law from a judgment of the Court of Common Pleas, Division of Domestic Relations, of Franklin County.

Where, in an action for divorce and alimony, the court on application allows the wife alimony *pendente lite* under the provisions of Section 11994, General Code, and in the same entry orders the wife to surrender the possession of an automobile to a third party, such order is made without authority and constitutes reversible error.  In such a proceeding the court is controlled by statute and is not authorized to exercise general equity powers.  *Durham* v. *Durham,* 104 Ohio St., 7, 9, 135 N. E., 280; *Marleau* v. *Marleau,* 95 Ohio St., 162, 115 N. E., 1009.  The judgment is reversed.

*Judgment reversed.*

MILLER, P. J., and HORNBECK, J., concur.